IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **WANDA D. TROTMAN,** *Sui Juris*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES VON MOLTKE, )<br>Individually, and In His Official )<br>Capacity; DEUTSCHE BANK )<br>NATIONAL TRUST COMPANY; )<br>AMAN MARWAH, Individually, )<br>and In His Official Capacity; and )<br>CARRINGTON MORTGAGE )<br>SERVICES, LLC, )<br>)<br>Defendants. ) | Case No.: 5:22-cv-00045-MHH |

## **FINAL JUDGMENT**

Consistent with the memorandum opinion recently entered in this case, the Court grants the defendants' motion to dismiss. The Court dismisses Ms. Trotman's claims against Deutsche Bank, Carrington Mortgage, Mr. Von Moltke, and Mr. Marwah with prejudice.

The Clerk of Court shall please close the file.

**DONE** and **ORDERED** this March 17, 2023.

*[signature: Madeline H. Haikala]*

1

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE